UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**REGINA SHIELDS Individually and as** :
**The Personal Representative of the Estate** :
**Of Samuel Shields,** :
:
         **Plaintiff** :
:
    v. :    Civil Action Number: 15-cv-01736-GJH
:
**PRINCE GEORGE'S COUNTY,** :
**MARYLAND, et.al.** :
:
         **Defendant.** :
:
==============================

## MOTION TO MODIFY THE AMENDED SCHEDULING ORDER

Plaintiff, Regina Shields, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and L. Civ. R. 103, respectfully submits this Motion to Modify the Amended Scheduling Order and respectfully requests that this Court to enter granting this motion. In support of this request, Plaintiff states as follows:

On October 5, 2016, this Court entered an order setting a discovery schedule in the above-captioned case. On January 26, 2017, a Joint Motion for Extension of Time to Complete Discovery was filed with the court. On January 30, 2017, the Court granted the above-motion. On March 21, 2017, defendants Prince George's County, Maryland, Chandler Hines, Andrew Jackson, Erik Wood, Keith Funderburk and Emmanuel Odion (hereinafter Correctional Officer Defendants) filed a Consent Motion to Modify Amended Scheduling Order and moved to extend the Scheduling Order due to issues related to obtaining Samuel Shields' medical records. In the above-noted motion, a request was made to extend the Scheduling Order according to the following schedule:

      Plaintiff's Amended Initial Disclosures February 18, 2017

1

> Plaintiff's Amended Rule 26(a)(2) Disclosures February 18, 2017
>
> Defendant's Rule 26(a)(2) Disclosures May 21, 2017
>
> Responses to the Requests for Admissions Due May 31, 2017
>
> Plaintiff's Rebuttal Rule 26(a)(2) Disclosures Due June 4, 2017
>
> Supplementation of Disclosures and Responses Due June 18, 2017
>
> Phase One Discovery Deadline: Submission of Status July 2, 2017
>
> Report
>
> Phase One Dispositive Pretrial Motions Deadline August 15, 2017

On March 22, 2017, the Court entered an Order granting the Consent Motion to Modify the Amended Scheduling Order and the Scheduling Order was extended consistent with the above-noted schedule.

On May 28, 2017, counsel for Plaintiff filed a Consent Motion to Modify the Scheduling Order. Counsel for Plaintiff sought to modify the Amended Scheduling Order due to discovery issues, including but not limited to, the defendants' incomplete discovery responses and because neither party had noted nor taken any depositions in this case. On May 30, 2017, the Court granted the Consent Motion to Modify the Scheduling Order, which was modified as follows:

> Plaintiff's Rebuttal 26(a)(2) Disclosures Due June 30, 2017
>
> Responses to Requests for Admissions Due July 1, 2017
>
> Supplementation of Disclosures and Responses Due July 14, 2017
>
> Phase One Discovery Deadline: Submission of Status Report September 15, 2017

On June 30, 2017, counsel for Plaintiff filed a Motion to Modify the Amended Scheduling Order ("Motion to Modify") and moved to extend the June 30, 2017, deadline limited to the date for Plaintiff to submit the Rebuttal 26(a)(2) Disclosures for two expert witnesses, Plaintiff's

correctional expert witness, Tim Gravette, and another rebuttal expert witness, James E. Bradley, Jr. On July 5, 2017, the Court granted the Motion to Modify, which modified the Scheduling Order as follows:

> Plaintiff's Rebuttal Rule 26(a)(2) Reports Due July 19, 2017

On July 17, 2017, counsel for Plaintiff filed a Motion to Modify the Amended Scheduling Order and requested until July 28, 2017, to submit the supplemental/rebuttal expert witness reports of Mr. Gravette and Mr. Bradley due to issues related to rescheduling the site visit. On July 17, 2017, the Court granted Plaintiff's request to file the afore-mentioned expert supplemental/rebuttal reports on July 28, 2017. On July 26, 2017, Counsel Plaintiff sought an extension of the July 28, 2017 deadline to submit Mr. Gravette and Mr. Bradley's report(s) to the defendants, to Wednesday, August 2, 2017. On July 26, 2017, the Court granted Plaintiff's request to file the afore-mentioned expert and rebuttal report(s) on August 2, 2017.

With respect to the discovery completed in this case, as of September 14, 2017, the parties have exchanged discovery requests and responses, expert witness disclosures, and rebuttal expert witness reports. The parties have responded to those discovery requests, and on September 8, 2017, the Correctional Officer Defendants supplemented their responses to Plaintiff's Request for Production of Documents. The defendants Gbemisola Adebayo and Zewdiensh Admassu (Corizon Nurse Defendants) are currently in the process of supplementing their response to Plaintiff's Request for Production of Documents. Depositions commenced on August 23, 2017, with the deposition of defendant Odion and Corporal Rodriguez. At the time this motion is being filed, all of the Correctional Officer Defendants depositions have been scheduled, along with one Corizon Nurse Defendant according to the following schedule:

> Defendant Funderburk:    September 25, 2017, at 10:00am

        Defendant Hines:        September 25, 2017, at 2:00pm

        Defendant Jackson:        October 12, 2017, at 10:00am

        Defendant Wood:        October 12, 2017, at 2:00pm

        Defendant Admassu:  October 13, 2017, at 2:00pm

The parties are working together in good faith to schedule the remaining depositions in this case. However, due to the large number of parties and counsel involved in the case, scheduling the necessary depositions to complete the discovery process has been challenging. The parties have been diligently working together in good faith to timely complete Phase I of Discovery; however, the parties will not be able to complete all depositions within the current Phase I Discovery Deadline, and therefore Plaintiff respectfully requests an extension until November 30, 2017, to complete Phase I of Discovery.

Plaintiff asserts that this request to modify the Scheduling Order is made in good faith and not for any dilatory reason. In addition, Plaintiff asserts that no party will suffer prejudice should this Court enter an Order granting the extension sought by Plaintiff. However, should this Court deny this Motion, all parties will be prejudiced due to the fact that numerous depositions need to be taken.

On September 13, 2017, Plaintiff sent an email to all counsels in this case seeking their position on the relief sought in this Motion. On September 13, 2017, counsel for the Corizon Nurse Defendants provided their consent to this motion, however, at the time of filing this Motion counsels for the Correctional Officer Defendants have not provided their position.

For the above noted reasons and good cause shown, Plaintiff respectfully requests that this Court enter an Order to extend the September 15, 2017 deadline to complete Phase I of Discovery until November 30, 2017.

WHEREFORE, for the reasons stated herein and for good cause shown, Plaintiff respectfully requests that this Court grant the Consent Motion to Modify the Amended Scheduling Order Pursuant to Fed. R. Civ. P. 6(b) and L. Civ. R. 103.

**Points and Authorities:**

The Record Herein.
Fed. R. Civ. P. 6(b)
L. Civ. R. 103

                                              Regina Shields, Individually and as
                                              the Personal Representative of the
                                              Estate of Samuel Shields
                                              By Counsel

                                              Respectfully submitted,

                                              */s/ Anitha W. Johnson*
                                              Anitha W. Johnson
                                              Odelugo & Johnson, LLC
                                              4601 Presidents Drive
                                              Suite 145
                                              Lanham, Maryland 20706
                                              Telephone: 301-832-3020
                                              E-Mail:anitha.johnson@odelugojohnson.com


                                              */s/ Billy L. Ponds*
                                              Billy L. Ponds
                                              Counsel for the Plaintiff
                                              Bar Number 379883
                                              2101 L Street, NW
                                              Suite 400
                                              Washington, DC 20007
                                              Telephone Number: (202) 333-2922
                                              E-Mail: plfpc@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the Plaintiff's Motion to Modify the Amended Scheduling Order was sent via the Court's electronic case management filing system email to counsels for the Correctional Officer Defendants, Tonia Yvette Belton and Gessesse Teferi, and counsel for the Corizon Nurse Defendants, Sharon E. Conners, on this 15th day of September 2017.

                /s/ Billy L. Ponds
                Billy L. Ponds